United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN RAYOS RILLERA,

    Plaintiff,

    v.

CAPITAL ONE BANK (USA) NATIONAL ASSOCIATION, et al.,

    Defendants.

Case No. 16-cv-02676-WHO

**ORDER OF DISMISSAL**

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: September 30, 2016



WILLIAM H. ORRICK
United States District Judge